1  DOUGLAS K. deVRIES (SB#70633)
   deVRIES LAW FIRM
2  641 Fulton Avenue, Suite 200
   Sacramento, CA 95825
3  Tel: (916) 473-4343
   Fax: (916) 473-4342
4  Email: dkd@dkdlaw.com

5  Attorney for Plaintiff

6  Nancy J. Sheehan, Esq.
   Porter Scott
7  350 University Avenue, Suite 200
   Sacramento, CA 95825
8  Tel:   916-929-1481
   Fax:   916-927-3706
9  Email: nsheehan@portherscott.com

10 Joseph E. Lambert, PC (Arizona Bar No.: 013923)
   1930 S. Alma School Road, Suite A-115
11 Mesa, AZ 85210
   Tel:   480-755-0772
12 Fax:   480-755-0034
   Email: josephlambert@cox.net

13
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. HOSIE, | Case No. 2:08-CV-01632-JAM-KJM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE PRESENTLY SCHEDULED DATES DUE TO DEATH OF PLAINTIFF; ORDER AS MODIFIED BY THE COURT** |
| INTEL CORPORATION LONG TERM DISABILITY BENEFIT PLAN, and AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

Plaintiff JAMES R. HOSIE ("Plaintiff"), deceased, and Defendants INTEL CORPORATION LONG TERM DISABILITY BENEFIT PLAN, and AETNA LIFE

Stipulation to Continue Dates           1

INSURANCE COMPANY, by and through their respective counsel of record, hereby submit their Stipulation to Continue Presently Scheduled Dates Due to Death of Plaintiff, as follows:

Pursuant the Court's Status (Pre-trial Scheduling) Order, dated November 10, 2008, the presently scheduled dates in this case are, as follows:.

1. File dispositive motions by May 6, 2009;
2. Hearing on dispositive motions June 3, 2009;
3. Final pre-trial Conference July 31, 2009 at 2:00 p.m.;
4. Trial September 14, 2009 at 9:00 a.m..

On April 23, 2009, counsel for plaintiff James R. Hosie was advised by his family that he passed away on Saturday, April 18, 2009. Plaintiff's counsel will need a reasonable period of time in order to confer with the estate, and prepare and file a substitution of party-plaintiff. It is therefore requested that the above-indicated presently scheduled dates be continued 90 days to dates and times convenient for the court.

IT IS SO STIPULATED.

Dated: April 24, 2009                    deVRIES LAW FIRM

                                         By:    /s/ Douglas K. deVries
                                                DOUGLAS K. deVRIES
                                                Attorney for Plaintiff

Dated: April 24, 2009                    PORTER SCOTT
                                         A PROFESSIONAL CORPORATION
                                         JOSEPH E. LAMBERT, P.C.


                                         By:    /s/ Joseph E. Lambert
                                                NANCY J. SHEEHAN
                                                BRANDON A. TAKAHASHI
                                                JOSEPH E. LAMBERT
                                                Attorney for Defendants

///

///

///

**ORDER**

Good cause appearing, the Court orders that the presently scheduled dates in this case are continued, as follows:.

1. File dispositive motions by August 12, 2009;

2. Hearing on dispositive motions September 9, 2009 at 9:00 a.m.;

3. Final pre-trial Conference October 16, 2009 at 3:00 p.m.; the parties joint pretrial statement to be filed no later than October 9, 2009; and

4. Jury Trial November 30, 2009 at 9:00 a.m.

Dated: April 27, 2009

/s/ John A. Mendez
United States District Judge

Stipulation to Continue Dates                3