DOUGLAS K. deVRIES  (SB#70633)
deVRIES LAW FIRM
641 Fulton Avenue, Suite 200
Sacramento, CA  95825
Tel:  (916) 473-4343
Fax: (916) 473-4342
Email: dkd@dkdlaw.com

Attorney for Plaintiff

Nancy J. Sheehan, Esq.
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Tel:    916-929-1481
Fax:    916-927-3706
Email:nsheehan@portherscott.com

Joseph E. Lambert, PC (Arizona Bar No.: 013923)
1930 S. Alma School Road, Suite A-115
Mesa, AZ 85210
Tel:    480-755-0772
Fax:    480-755-0034
Email:josephlambert@cox.net

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. HOSIE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION LONG TERM DISABILITY BENEFIT PLAN, and AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendants.<br>_____/ | Case No. 2:08-CV-01632-JAM-KJM<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY DUE TO DEATH OF PLAINTIFF** |

　　　Plaintiff JAMES R. HOSIE ("Plaintiff"), deceased, by and through his counsel of record, and Defendants INTEL CORPORATION LONG TERM DISABILITY BENEFIT PLAN, and

Stipulation and Order to Substitute Party　　　　1

1  AETNA LIFE INSURANCE COMPANY, by and through their respective counsel of record,
2  hereby submit their Stipulation to substitute the JAMES R. HOSIE REVOCABLE FAMILY
3  TRUST as plaintiff in this action for good cause, as follows:
4      Plaintiff JAMES R. HOSIE died on April 18, 2009; attached as Exhibit A is a true and
5  correct copy of the certified death certificate.
6      BARBARA M. CONRAD is the Sole Trustee of the JAMES R. HOSIE REVOCABLE
7  FAMILY TRUST; attached as Exhibit B is a true and correct copy of the Trust Agreement of
8  James R. Hosie and the First Amendment to Declaration of Trust of James R. Hosie.
9
    IT IS SO STIPULATED.
10
11 Dated: June 3, 2009      deVRIES LAW FIRM
12
     By:   /s/ Douglas K. deVries
13         DOUGLAS K. deVRIES
        Attorney for Plaintiff
14
15 Dated: June 10, 2009      PORTER SCOTT
     A PROFESSIONAL CORPORATION
16      JOSEPH E. LAMBERT, P.C.
17
18      By:   /s/ Joseph E. Lambert
        NANCY J. SHEEHAN
19         BRANDON A. TAKAHASHI
        JOSEPH E. LAMBERT
20         Attorney for Defendants
21     I ACCEPT THE SUBSTITUTION.
22
Dated: June 3, 2009      JAMES R. HOSIE REVOCABLE FAMILY
23      TRUST
24
     By:   /s/ Barbara M. Conrad
25         BARBARA M. CONRAD
        Trustee
26 ///
27 ///
28 ///

1 | **IT IS SO ORDERED.**

3 | Dated: June 11, 2009

/s/ John A. Mendez
United States District Judge